UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:06-00234 |
| ) | CHIEF JUDGE HAYNES |
| ALFONZO WESLEY CORLEY ) | |

MOTION TO CONTINUE REVOCATION HEARING

*[Handwritten annotation: Granted. This motion is granted. The hearing is reset for October 9, 2013 at 4:00 pm. 8-14-13]*

Alfonzo Wesley Corley, through counsel, respectfully requests that the Court continue the supervised release revocation hearing in this matter currently set for Friday, August 23, 2013, at 4:00 p.m. (D.E. 76). Counsel would show that he is out of the district on military duty on the date scheduled for the revocation hearing. Additionally, according to the third supplemental petition (D.E. 76), the Davidson County cases have been continued until October 2, 2013. The allegations against Mr. Corley in state court and before this Court are substantially the same. These allegations, in part, form the basis for the revocation proceedings against Mr. Corley. The parties would like to ascertain the outcome of the state cases before proceeding in this matter. Accordingly, it is respectfully requested that the Court reset the revocation hearing after Mr. Corley's October 2, 2013, state court hearing to a date and time convenient to the Court's docket. Assistant U.S. Attorney Philip H. Wehby is not opposed to this request.

Respectfully submitted,

/s/ Ronald C. Small
RONALD C. SMALL, (BPR #023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

Attorney for Alfonzo Wesley Corley