UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:06-00234 |
| | ) CHIEF JUDGE HAYNES |
| ALFONZO WESLEY CORLEY | ) |

[handwritten annotation: Granted. This motion to be granted. Hearing will be reset by separate order. 9-26-13]

## MOTION TO CONTINUE REVOCATION HEARING AND TO MODIFY CONDITIONS OF SUPERVISED RELEASE

Alfonzo Wesley Corley, through counsel, respectfully requests that the Court continue the supervised release revocation hearing in this matter currently set for Tuesday, October 1, 2013, at 3:30 p.m. (D.E. ) and to modify his conditions to include a mental health condition. Counsel would show U.S. Probation Officer Capps has been consulted and has advised that an additional violation has come to her attention. Additionally, Officer Capps has advised that, based on her dealings with Mr. Corley, she believes that a mental health condition should be added to his conditions of supervised release. Further, Mr. Corley has been hospitalized due to a heart related issue.

Given these developments, including the fact that the instant revocation proceedings are based, in part, on state court matters that are still pending resolution, the parties deem it advisable to await the disposition of these matters prior to proceeding with the revocation hearing in this case. Further, Mr. Corley's health and mental issues should be assessed prior to proceeding in this instant matter. It should be noted that undersigned counsel has discussed the mental health condition with Officer Capps and with Mr. Corley. Based on those discussions, undersigned counsel believes it is in Mr. Corley's best interests to modify his supervised release to include a mental health condition.

Assistant U.S. Attorney Philip Wehby and Officer Capps both agree that this matter should be continued for the reasons stated in this motion. Accordingly, it is respectfully requested that the Court reset the revocation hearing until December 2013, and that Mr. Corley's conditions of supervised release be modified to include a mental health condition.