IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-00234 |
| | ) | Chief Judge Haynes |
| ALFONZO WESLEY CORLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

A revocation hearing is set in this action for **Monday, July 7, 2014 at 4:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the ___ day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court