IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cr-00234 |
| | ) | Chief Judge Haynes |
| ALFONZO WESLEY CORLEY | ) | |

**ORDER**

The revocation hearing previously set in this action for Monday, July 7, 2011 at 4:00 p.m. is **reset** for **Friday, July 11, 2014 at 4:00 p.m.**, in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the ___ day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge