UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:06-00234 |
| | ) CHIEF JUDGE HAYNES |
| ALFONZO WESLEY CORLEY | ) |

**MOTION TO RETURN TO STATE CUSTODY**

Alfonzo Wesley Corley, through counsel, respectfully moves this Court to order his return to the custody of State of Tennessee pending further orders of the Court. On May 22, 2014, Mr. Corley appeared before this Court, pursuant to a writ, for an initial appearance on a petition to revoke Indictment filed on March 19, 2013. (D.E. 93). At the time of his initial appearance, Mr. Corley was in the custody of the State of Tennessee, incarcerated at the Criminal Justice Center, Nashville, Tennessee. Mr. Corley would show that this motion should be granted because he is currently enrolled in programs which could benefit him while in the custody of the State of Tennessee, including a substance abuse program. Such programs are not available at the Robertson County Detention Facility, where Mr. Corley is currently housed pending the revocation hearing. According to the Writ of Habeas Corpus Ad Prosequendum issued by this Court, (D.E. 90), the defendant's appearance in this Court should not interfere with any proceedings currently scheduled in his state criminal case. This Court has scheduled the revocation hearing for July 7, 2014. (D.E. 95). Further, counsel would argue that the granting of this motion would not result in any hardship or inconvenience to the government since the state facility to which Mr. Corley would be returned is located in Nashville, Tennessee. Additionally, Mr. Corley has executed a waiver of his rights under the Interstate Agreement on Detainers (IAD) which has been forwarded to him and will be filed immediately upon receipt. This process has been employed in other cases in this district, including this Court. Accordingly, for these reasons, Mr. Corley requests that this motion be granted and he be returned to the custody of the State of Tennessee at the Criminal Justice Center, Nashville, Tennessee.

*[Handwritten notations next to case caption, appearing to read:]* GRANTED / Transmitted / ~~DENIED~~ / as moot see D.E. 99. / [illegible initials] / 7-18-14