IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:06-00234 |
| v. | ) | Judge Haynes |
| | ) | |
| ALFONZO WESLEY CORLEY | ) | |

## MOTION FOR AGREED ORDER AND JUDGMENT AS TO REVOCATION OF SUPERVISED RELEASE

Defendant Alfonzo Wesley Corley, by and through undersigned counsel, does hereby move the Court to accept the proposed Agreed Order and Judgment as to the violations of supervised release. A copy of the Agreed Order and Judgment is attached as **Exhibit A**.

Undersigned counsel would show that an identical Order and Judgment was signed and entered on July 11, 2014. (Docket Entry No. 99) Subsequent to the entry of the Order, Defendant Corley requested permission to revoke the terms and conditions of the agreement, and requested new counsel review the proposal. Undersigned counsel was appointed to represent Defendant Corley.

Undersigned counsel has met with Defendant Corley on three (3) separate occasions at the Metro Criminal Justice Center to discuss the terms and conditions of the original agreement, the facts of the case, and has also engaged in discussions with AUSA Phil Wehby and Lisa Capps in the probation department. Undersigned counsel has also been in contact with a representative of the Bureau of Prisons about certain aspects of the supervised release, the violations, and calculation of time. Based on all of this, undersigned counsel has advised Defendant Corley and he has agreed to accept the terms and conditions of the original Order (Docket Entry No. 99)

1